

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br>Hope Aronson,<br><br>                    Defendant. | Case No. ED 10 - 69 M<br><br>ORDER OF DETENTION AFTER HEARING  [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143 (a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  Southern Dist. Calif.   for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143 (a),

The Court finds that:

A.   ( ✓ )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142 (b) or (c). This finding is based on  · Unknown Community Ties. · Unknown Bail Resources · Non compliance with Probation Terms ·

1

1  • HISTORY OF FAILURES TO APPEAR

2

3  and/or

4  B.   ( )   The defendant has not met his/her burden of establishing by clear and

5  convincing evidence that he/she is not likely to pose a danger to the safety of any

6  other person or the community if released under 18 U.S.C. § 3142 (b) or (c).  This

7  finding is based on: _____

8  _____

9  _____

10  _____.

11

12      IT THEREFORE IS ORDERED that the defendant be detained pending the

13  further revocation proceedings.

14

15  DATED:  __3/29/10_____

16

17

18                                    DAVID T. BRISTOW

19                                    UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

2